# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HASU SHAH,** | : | CIVIL ACTION NO. 1:12-CV-2196 |
| Plaintiff, | : | (Chief Judge Conner) |
| v. | : | |
| **HARRISTOWN DEVELOPMENT CORPORATION**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 13th day of December, 2013, upon consideration of defendants' motion (Doc. 30) to dismiss, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 30) to dismiss is GRANTED without prejudice to Counts I and II, but with prejudice to Counts III-VII.

2. Within twenty (20) days from the date of this order, plaintiff may file a second amended complaint. Failure to file a second amended complaint within twenty (20) days shall be deemed an abandonment of this action and the Clerk of Court shall be directed to close the case.

                                       /S/ CHRISTOPHER C. CONNER
                                       Christopher C. Conner, Chief Judge
                                       United States District Court
                                       Middle District of Pennsylvania